# ILLINOIS EX REL. MUSSO, MADISON COUNTY TREASURER v. CHICAGO, BURLINGTON & QUINCY RAILROAD CO. ET AL.

No. 1046.   Decided May 16, 1966.

*Burton C. Bernard* for appellant.

*Hugh J. Dobbs, John F. Schlafly, Louis F. Gillespie, Gordon Burroughs, Eldon Martin, Jordan Jay Hillman* and *Robert L. Broderick* for appellees.

Briefs of *amici curiae,* in support of appellant, were filed by *Simon L. Friedman* and *William M. Giffin* for the Illinois Association of School Boards et al., and by *William M. Giffin* for Sangamon County, Illinois.

PER CURIAM.

The motion of the Illinois Association of School Boards et al., for leave to file a brief, as *amici curiae,* is granted.

The motion of Sangamon County, Illinois, for leave to file a brief, as *amicus curiae,* is granted.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.